UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Civil Action No.: 5:23-ct-3332-FL

JOSHUA JOHNSON,

    *Plaintiff*,

v.

STEADMAN JODY GREENE, in his individual capacity; COLUMBUS COUNTY SHERIFF WILLIAM ROGERS in his official capacity; BERNETTA CRAWFORD, in her individual capacity; TRINA WORLEY in her individual capacity; and WESTERN SURETY COMPANY, in its capacity as Surety on the Official Bond of the Sheriff of Columbus County,

    *Defendants*.

**NOTICE OF APPEARANCE**

I hereby provide notice to the Court and all parties and their counsel that I will appear as counsel for plaintiff Joshua Johnson in this case, and I respectfully request that copies of all future correspondence, notices, and other contacts regarding this case be directed to me through the CM/ECF electronic filing and service system or first-class mail.

Date: January 4, 2024.

/s/ Bradley J. Bannon
Bradley J. Bannon
Patterson Harkavy LLP
100 Europa Drive, Suite 420
Chapel Hill, NC 27608
Phone: 919-942-5200
E-mail: bbannon@pathlaw.com
North Carolina Bar Number: 24106

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Appearance has been served by filing it with the Clerk of Court on January 4, 2024, using the CM/ECF system, and by electronic mail to counsel for the parties as follows:

Christopher Geis
Womble Bond Dickson LLP
One West Fourth St.
Winston-Salem, NC 27101
*Chris.Geis@wbd-us.com*

Frederick Bailey
Summrell Sugg
416 Pollack St.
New Bern, NC
*fbailey@nclawyers.com*

Dated: January 4, 2024.

/s/ Bradley J. Bannon
Bradley J. Bannon
Patterson Harkavy LLP
100 Europa Drive, Suite 420
Chapel Hill, NC 27608
Phone: 919-942-5200
E-mail: bbannon@pathlaw.com
North Carolina Bar Number: 24106