IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:23-CT-3332

| | |
|---|---|
| JOSHUA A. JOHNSON, ) | |
| ) | |
| *Plaintiff* ) | |
| ) | **NOTICE OF APPEARANCE** |
| v. ) | |
| ) | |
| STEADMAN JODY GREENE, in his ) | |
| Individual capacity; COLUMBUS ) | |
| COUNTY SHERIFF WILLIAM ROGERS, ) | |
| in his official capacity; ) | |
| BERNETT CRAWFORD, in her individual ) | |
| Capacity; TRINA WORLEY, in her ) | |
| individual capacity; and WESTERN ) | |
| SURETY COMPANY, in its capacity as ) | |
| surety on the Official Bond of the Sheriff ) | |
| of Columbus County, ) | |
| ) | |
| *Defendants.* ) | |

PLEASE TAKE NOTICE that the undersigned attorney hereby appears as counsel for defendants Columbus County Sheriff William Rogers, Bernetta Crawford, Trina Worley, and Western Surety Company and requests that copies of all notices and other papers in this proceeding be served upon him at the address set forth below.

This 11th day of June, 2024.

/s/ Erin H. Epley
ERIN H. EPLEY
N.C. State Bar No. 50690
WOMBLE BOND DICKINSON (US) LLP
One West Fourth Street
Winston-Salem, NC 27101
Telephone: (336) 747-6624
Email: Erin.Epley@wbd-us.com
*Attorney for Defendants Columbus County Sheriff William Rogers, Bernetta Crawford, Trina Worley, and Western Surety Company*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that he is an attorney at law licensed to practice in the State of North Carolina, is attorney for defendants (*Columbus County Sheriff William Rogers, Bernetta Crawford, Trina Worley and Western Surety Company*) in this matter, and is a person of such age and discretion as to be competent to serve process.

I hereby certify that on June 11, 2024, I electronically filed the foregoing **NOTICE OF APPEARANCE** with the Clerk of Court using the CM/ECF system which will also send an email notification to the following:

ADDRESS:

Paul E. Smith
Bradley J. Bannon
100 Europa Drive, Suite 4200
Chapel Hill, NC 27517
psmith@pathlaw.com
bbannon@pathlaw.com
*Attorneys for Plaintiff*

/s/ Erin H. Epley
ERIN H. EPLEY
N.C. State Bar No. 50690
WOMBLE BOND DICKINSON (US) LLP
One West Fourth Street
Winston-Salem, NC 27101
Telephone: (336) 747-6624
Email: Erin.Epley@wbd-us.com
*Attorney for Defendants Columbus County Sheriff William Rogers, Bernetta Crawford, Trina Worley, and Western Surety Company*