IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:23-CT-3332

| | |
|---|---|
| JOSHUA A. JOHNSON, | )<br>)<br>) |
| *Plaintiff* | )<br>)<br>) **REQUEST FOR JUDICIAL**<br>) **SETTLEMENT CONFERENCE**<br>) **BY DEFENDANTS** |
| v. | ) **SHERIFF WILLIAM ROGERS,**<br>) **BERNETTA CRAWFORD,**<br>) **TRINA WORLEY,** |
| STEADMAN JODY GREENE, in his<br>individual capacity;<br>COLUMBUS COUNTY SHERIFF<br>WILLIAM ROGERS, in his official capacity;<br>BERNETTA CRAWFORD, in her<br>individual capacity; TRINA WORLEY,<br>in her individual capacity;<br>BRANDON GORE, in his individual<br>capacity; MATTHEW PRIDGEN, in<br>his individual capacity;<br>SCOTT FOWLER, in his individual capacity;<br>JAMES NOBLES, in his individual<br>capacity; IKELA GREEN, in her<br>individual capacity; and<br>RLI INSURANCE COMPANY, in its<br>capacity as surety on the Official Bond<br>of the Sheriff of Columbus County, | ) **BRANDON GORE, and**<br>) **SCOTT FOWLER**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| *Defendants* | )<br>)<br>) |

NOW COME defendants Columbus County Sheriff William Rogers, Bernetta Crawford, Trina Worley, Brandon Gore, and Scott Fowler, by and through counsel, and, pursuant to the Court's Case Management Order of March 21, 2024 (Doc. No. 22), request that the Court conduct a judicial settlement conference in this case.

Paragraph C.1 of the Case Management Order directed the parties, jointly or individually, to submit to the Court three suggested dates for a judicial settlement conference once the case had proceeded "to a point in which settlement may be most productive[.]" The parties have been engaged in written discovery and will have completed several depositions and disclosed expert witness reports by mid-December. The discovery period will end on March 2, 2025. (Doc. No. 58.) The parties have conferred and believe the case will have proceeded to a point appropriate for a judicial settlement conference by mid-December. The moving defendants submit the following dates that they are available for such a conference and believe all parties are also available on said dates:

1. December 20, 2024;
2. January 17, 20, 21, 22, 23, 24, 27, and 28, 2025.

Therefore, the moving defendants respectfully request that the Court schedule a judicial settlement conference for one of the above dates.

Respectfully submitted, this 21st day of November, 2024.

/s/ Christopher J. Geis
CHRISTOPHER J. GEIS
N.C. State Bar No. 25523
ERIN H. EPLEY
N.C. State Bar No. 50690
NICHOLAS D. ACEVEDO
N.C. State Bar No. 59228
WOMBLE BOND DICKINSON (US) LLP
One West Fourth Street
Winston-Salem, NC 27101
Telephone: (336) 721-3600
Email: Chris.Geis@wbd-us.com
Erin.Epley@wbd-us.com
Nick.Acevedo@wbd-us.com

*Attorneys for defendants
Columbus County Sheriff
William Rogers, Bernetta Crawford,
Trina Worley, Brandon Gore, and
Scott Fowler*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that he is an attorney at law licensed to practice in the State of North Carolina, is attorney for defendants Columbus County Sheriff William Rogers, Bernetta Crawford, Trina Worley, Brandon Gore, and Scott Flower in this matter, and is a person of such age and discretion as to be competent to serve process.

I hereby certify that on November 21, 2024, I electronically filed the **REQUEST FOR JUDICIAL SETTLEMENT CONFERENCE BY DEFENDANTS SHERIFF WILLIAM ROGERS, BERNETTA CRAWFORD, TRINA WORLEY, BRANDON GORE, AND SCOTT FLOWER** with the Clerk of Court using the CM/ECF system which will also send an email notification to the following:

| | |
|---|---|
| Paul E. Smith<br>Bradley J. Bannon<br>100 Europa Drive, Suite 4200<br>Chapel Hill, NC 27517<br>psmith@pathlaw.com<br>bbannon@pathlaw.com<br>*Attorneys for Plaintiff* | Norwood P. Blanchard, III<br>Crossley McIntosh, et al.<br>5002 Randall Parkway<br>Wilmington, NC 28403<br>norwood@cmclawfirm.com<br>*Attorney for Defendant Ikela Green* |
| Frederick Bailey<br>Sumrell Sugg, P.A.<br>416 Pollock Street<br>Post Officer Drawer 889<br>New Bern, NC 28563<br>fbailey@nclawyers.com<br>*Attorney for Steadman Jody Greene* | Patrick Flanagan<br>Jake Stewart<br>Cranfill Sumner<br>2907 Providence Road, #200<br>Charlotte, NC 28211<br>phf@cshlaw.com<br>jstewart@cshlaw.com<br>*Attorney for Defendant James Nobles* |
| David A. Harris<br>Bovis, Kyle, Burch, & Medlin, LLC<br>200 Ashford Center North, Suite 500<br>Atlanta, GA 30338-2680<br>dab@boviskyle.com<br>Richard Glenn III<br>Bovis, Kyle, Burch, & Medlin, LLC<br>806 Green Valley Road, Suite 203<br>Greensboro, NC 27408<br>rglenn@boviskyle.com<br>*Attorneys for RLI Insurance Co.* | Dan McCord Hartzog Jr.<br>Hartzog Law Group LLP<br>2626 Glenwood Avenue, Suite 305<br>Raleigh, NC 27608<br>dhartzogjr@hartzoglawgroup.com<br>*Attorney for defendant Matthew Pridgen* |

/s/ Christopher J. Geis
CHRISTOPHER J. GEIS
WOMBLE BOND DICKINSON (US) LLP
One West Fourth Street
Winston-Salem, NC 27101
Telephone: (336) 721-3543
Facsimile: (336) 721-3660
Email: Chris.Geis@wbd-us.com
*Attorney for defendants*
*Columbus County Sheriff*
*William Rogers, Bernetta Crawford, Trina Worley, Brandon Gore, and Scott Fowler*