# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION
Civil Action No. 5:23-ct-3332-FL

| | |
|---|---|
| JOSHUA JOHNSON, | ) |
| *Plaintiff*, | ) )  ) |
| v. | ) ) |
| STEADMAN JODY GREENE, in his individual capacity; COLUMBUS COUNTY SHERIFF WILLIAM ROGERS in his official capacity; BERNETTA CRAWFORD, in her individual capacity; TRINA WORLEY in her individual capacity; BRANDON GORE, in his individual capacity; MATTHEW PRIDGEN in his individual capacity; SCOTT FOWLER in his individual capacity; JAMES NOBLES in his individual capacity; IKELA GREEN in her individual capacity; and RLI INSURANCE COMPANY, in its capacity as Surety on the Official Bond of the Sheriff of Columbus County, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| *Defendants*. | ) ) |

## NOTICE REGARDING REQUEST FOR JUDICIAL SETTLEMENT CONFERENCE

Plaintiff Joshua Johnson joins in the Request for a Judicial Settlement Conference filed on November 21, 2024. (Doc. No. 72) Of the dates proposed by Defendants, Plaintiff and his counsel are available on December 20, 2024, and January 17, 20, 21, and 28, 2025.

Respectfully submitted, this the 22nd day of November, 2024.

PATTERSON HARKAVY LLP

/s/ Paul E. Smith
Paul E. Smith, NC Bar No. 45014
psmith@pathlaw.com
Bradley J. Bannon, NC Bar No. 24106
bbannon@pathlaw.com

1

100 Europa Dr., Suite 420
Chapel Hill, North Carolina 27517
(919) 942-5200

*Counsel for Plaintiff*