IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:23-CT-3332

| | |
|---|---|
| JOSHUA A. JOHNSON, <br><br> *Plaintiff* <br><br> v. <br><br> STEADMAN JODY GREENE, in his individual capacity; COLUMBUS COUNTY SHERIFF WILLIAM ROGERS, in his official capacity; BERNETTA CRAWFORD, in her individual capacity; TRINA WORLEY, in her individual capacity; BRANDON GORE, in his individual capacity; MATTHEW PRIDGEN, in his individual capacity; SCOTT FOWLER, in his individual capacity; JAMES NOBLES, in his individual capacity; IKELA GREEN, in her individual capacity; and RLI INSURANCE COMPANY, in its capacity as surety on the Official Bond of the Sheriff of Columbus County, <br><br> *Defendants* | **MOTION FOR JUDGMENT ON THE PLEADINGS BY DEFENDANT SHERIFF WILLIAM ROGERS ON PLAINTIFF'S SIXTH CLAIM FOR RELIEF** |

NOW COMES defendant Sheriff William Rogers, by and through counsel, and, pursuant to Rule 12(c) of the Federal Rules of Civil Procedure, moves for judgment on the pleadings on the plaintiff's Sixth Claim for Relief for the reasons set out in his supporting Memorandum of Law, which is filed contemporaneously with this motion.

Respectfully submitted, this 2nd day of January, 2025.

/s/ Christopher J. Geis
CHRISTOPHER J. GEIS
N.C. State Bar No. 25523
ERIN H. EPLEY
N.C. State Bar No. 50690
NICHOLAS D. ACEVEDO
N.C. State Bar No. 59228
WOMBLE BOND DICKINSON (US) LLP
One West Fourth Street
Winston-Salem, NC 27101
Telephone: (336) 721-3600
Email: Chris.Geis@wbd-us.com
Erin.Epley@wbd-us.com
Nick.Acevedo@wbd-us.com
*Attorneys for defendants Columbus County Sheriff William Rogers, Bernetta Crawford, Trina Worley, Brandon Gore, and Scott Fowler*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that he is an attorney at law licensed to practice in the State of North Carolina, is attorney for defendants Columbus County Sheriff William Rogers, Bernetta Crawford, Trina Worley, Brandon Gore, and Scott Flower in this matter, and is a person of such age and discretion as to be competent to serve process.

I hereby certify that on January 2, 2025, I electronically filed this **MOTION FOR JUDGMENT ON THE PLEADINGS BY SHERIFF WILLIAM ROGERS ON PLAINTIFF'S SIXTH CLAIM FOR RELIEF** with the Clerk of Court using the CM/ECF system which will also send an email notification to the following:

| | |
|---|---|
| Paul E. Smith<br>Bradley J. Bannon<br>100 Europa Drive, Suite 4200<br>Chapel Hill, NC 27517<br>psmith@pathlaw.com<br>bbannon@pathlaw.com<br>*Attorneys for Plaintiff* | Norwood P. Blanchard, III<br>Crossley McIntosh, et al.<br>5002 Randall Parkway<br>Wilmington, NC 28403<br>norwood@cmclawfirm.com<br>*Attorney for Defendant Ikela Green* |
| Frederick Bailey<br>Sumrell Sugg, P.A.<br>416 Pollock Street<br>Post Officer Drawer 889<br>New Bern, NC 28563<br>fbailey@nclawyers.com<br>*Attorney for Steadman Jody Greene* | Patrick Flanagan<br>Jake Stewart<br>Cranfill Sumner<br>2907 Providence Road, #200<br>Charlotte, NC 28211<br>phf@cshlaw.com<br>jstewart@cshlaw.com<br>*Attorney for Defendant James Nobles* |
| David A. Harris<br>Bovis, Kyle, Burch, & Medlin, LLC<br>200 Ashford Center North, Suite 500<br>Atlanta, GA 30338-2680<br>Richard Glenn III<br>Bovis, Kyle, Burch, & Medlin, LLC<br>806 Green Valley Road, Suite 208<br>Greensboro, NC 27408<br>dab@boviskyle.com<br>rglenn@boviskyle.com<br>*Attorneys for RLI Insurance Co.* | Dan M. Hartzog, Jr.<br>Hartzog Law Group LLP<br>2626 Glenwood Avenue, Suite 305<br>Raleigh, NC 27608<br>dhartzogjr@hartzoglawgroup.com<br>*Attorney for Matthew Pridgen* |

/s/ Christopher J. Geis
CHRISTOPHER J. GEIS
N.C. State Bar No. 25523
WOMBLE BOND DICKINSON (US) LLP
One West Fourth Street
Winston-Salem, NC 27101
Telephone: (336) 721-3600
Email: Chris.Geis@wbd-us.com
*Attorney for defendants Columbus County Sheriff William Rogers, Bernetta Crawford, Trina Worley, Brandon Gore, and Scott Fowler*