IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:23-ct-3332-FL

| | |
|---|---|
| JOSHUA JOHNSON, | ) |
| | ) |
| *Plaintiff*, | ) |
| | ) |
| v. | ) |
| | ) |
| STEADMAN JODY GREENE, in his individual capacity; COLUMBUS COUNTY SHERIFF WILLIAM ROGERS in his official capacity; BERNETTA CRAWFORD, in her individual capacity; TRINA WORLEY in her individual capacity; BRANDON GORE, in his individual capacity; MATTHEW PRIDGEN in his individual capacity; SCOTT FOWLER in his individual capacity; JAMES NOBLES in his individual capacity; IKELA GREEN in her individual capacity; and RLI INSURANCE COMPANY, in its capacity as Surety on the Official Bond of the Sheriff of Columbus County, | ) |
| | ) |
| *Defendants*. | ) |

## NOTICE OF APPEARANCE

Narendra K. Ghosh, of Patterson Harkavy LLP, hereby provides notice to the Court and all parties and their counsel that he will appear as counsel for all purposes herein on behalf of Plaintiff Joshua Johnson. Please direct copies of all future correspondence, notices, and other contacts regarding this case to Mr. Ghosh through the CMF/ECF electronic filing and service system or first-class mail.

This the 27th day of January, 2025.

1

/s/ Narendra K. Ghosh
Narendra K. Ghosh, NC Bar No. 37649
nghosh@pathlaw.com
Patterson Harkavy LLP
100 Europa Dr., Suite 420
Chapel Hill, NC 27517
Tel: 919.942.5200

*Counsel for Plaintiff*