IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Civil Action No. 5:23-ct-3332-FL

| | |
|---|---|
| JOSHUA JOHNSON, <br><br> *Plaintiff*, <br><br> v. <br><br> STEADMAN JODY GREENE, in his individual capacity; COLUMBUS COUNTY SHERIFF WILLIAM ROGERS in his official capacity; BERNETTA CRAWFORD, in her individual capacity; TRINA WORLEY in her individual capacity; BRANDON GORE, in his individual capacity; MATTHEW PRIDGEN in his individual capacity; SCOTT FOWLER in his individual capacity; JAMES NOBLES in his individual capacity; IKELA GREEN in her individual capacity; and RLI INSURANCE COMPANY, in its capacity as Surety on the Official Bond of the Sheriff of Columbus County, <br><br> *Defendants*. | **NOTICE OF SETTLEMENT** |

Plaintiff Joshua Johnson advises the Court that the parties have agreed to settle this case. A final settlement agreement will be executed by the parties in the coming weeks, after which funds will be disbursed. The parties will then file a stipulation of dismissal. Plaintiff anticipates the dismissal stipulation will be filed within 60 days. Plaintiff respectfully requests that all forthcoming deadlines be suspended.

Respectfully submitted, this the 31st day of January, 2025.

PATTERSON HARKAVY LLP

/s/ Paul E. Smith

1

Paul E. Smith, NC Bar No. 45014
psmith@pathlaw.com
Bradley J. Bannon, NC Bar No. 24106
bbannon@pathlaw.com
100 Europa Dr., Suite 420
Chapel Hill, North Carolina 27517
(919) 942-5200

*Counsel for Plaintiff*