IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| JOSHUA JOHNSON, | ) |
| | ) |
| *Plaintiff*, | ) |
| | ) |
| v. | ) |
| | ) |
| STEADMAN JODY GREENE, in his individual capacity; COLUMBUS COUNTY SHERIFF WILLIAM ROGERS in his official capacity; BERNETTA CRAWFORD, in her individual capacity; TRINA WORLEY in her individual capacity; BRANDON GORE, in his individual capacity; MATTHEW PRIDGEN in his individual capacity; SCOTT FOWLER in his individual capacity; JAMES NOBLES in his individual capacity; IKELA GREEN in her individual capacity; and RLI INSURANCE COMPANY, in its capacity as Surety on the Official Bond of the Sheriff of Columbus County, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 5:23-cv-3332-FL |
| | ) |
| *Defendants*. | ) |
| | ) |

## STIPULATION OF DISMISSAL

It is hereby stipulated by all parties, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that all claims against all defendants in this action are hereby dismissed with prejudice. The parties will each bear their own costs and attorneys' fees.

Respectfully submitted this the 8th day of July, 2025.

                                                    /s/ Narendra K. Ghosh
                                                  Narendra K. Ghosh, NC Bar No. 37649
                                                  nghosh@pathlaw.com

1

Paul E. Smith, NC Bar No. 45014
psmith@pathlaw.com
PATTERSON HARKAVY LLP
100 Europa Dr., Suite 420
Chapel Hill, NC  27517
Tel: 919.942.5200

*Counsel for Plaintiff*


  /s/ Christopher J. Geis
Christopher J. Geis, NC Bar No. 25523
Chris.Geis@wbd-us.com
WOMBLE BOND DICKINSON (US) LLP
One West Fourth Street
Winston Salem, NC 27101
Tel: 336.721.3600

*Counsel for Defendants Rogers, Crawford, Worley, Gore, and Fowler*


  /s/ Frederick H. Bailey
Frederick H. Bailey, III, NC Bar No. 36603
fbailey@nclawyers.com
SUMRELL SUGG, P.A.
416 Pollock Street
New Bern, NC 28563
Tel: 252.633.3131

*Counsel for Defendant Greene*


/s/ Norwood P. Blanchard, III
Norwood P. Blanchard, III, NC Bar 26470
CROSSLEY, MCINTOSH, COLLIER, HANLEY, & EDES, PLLC
5002 Randall Parkway
Wilmington, NC 28403
norwood@cmclawfirm.com

*Counsel for Defendant Green*


/s/ Dan M. Hartzog, Jr.
Dan M. Hartzog, Jr., NC Bar No. 35330
HARTZOG LAW GROUP LLP

2

2626 Glenwood Ave, Suite 305
Raleigh, NC 27608
dhartzogjr@hartzoglawgroup.com

*Counsel for Defendant Pridgen*


/s/ Patrick H. Flanagan
Patrick H. Flanagan, NC Bar No. 17407
CRANFILL SUMNER LLP
P.O. Box 30787
Charlotte, NC 28230
Telephone (704) 332-8300
phf@cshlaw.com

*Counsel for Defendant Nobles*


/s/ David A. Harris
David A. Harris, NC Bar No. 52712
Bovis, Kyle, Burch, & Medlin, LLC
200 Ashford Center North, Suite 500
Atlanta, Georgia 30338-2680
dah@boviskyle.com

*Counsel for Defendant RLI*